UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 27 2021

NATHAN OCHSNER
CLERK OF COURT

B-21-148

**Sealed**
**Public and unofficial staff access to this instrument are prohibited by court order.**

PLEASE FILE CASE UNDER "SEAL"

SIGNED: K MacKenzie

Date: 27 Sep 2021