# UNITED STATES DISTRICT COURT,

Southern District of Texas 600 E. Harrison St., #101, Brownsville, TX 78520
Phone: 956-548-2500, sandra_espinoza@txs.uscourts.gov U.S. Marshal 956-548-2519

**JUDGE:**

**Jury Trial is demanded.**

**This Lawsuit is Submitted**

**under "Confidential SEAL"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 3 0 2021

NATHAN OCHSNER
CLERK OF COURT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

**¶ 1} TABLE OF CONTENTS – REDACTED CASE B-21-148:**

**Crime Complaint and Civil Lawsuit regarding DEFENDANTS' "BLACKLISTING" of Plaintiff 1, US Army Veteran Kenneth MacKenzie, who is herein listed as a "BLACKLISTING VICTIM" impacted by the following Complaint information:**

**.. {Table #1} DEFENDANTS' activity of applying "BLACKLISTING" violations of {1}(A) "Texas Penal Code § 22.04 – Denial of Medical Care," ... ¶ 12} p 8**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**.. { Table #2} DEFENDANTS' activity of applying "BLACKLISTING" violations of {2}{A} Title 18, U.S.C., Section 241 - Conspiracy Against Rights, ... ¶ 16} Pg 11**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**.. { Table #3} DEFENDANTS' activity of applying "BLACKLISTING" violations of {3}{A} "Title 18 USC § 242 – Depravation of Rights Under Color of Law," ...**

**APPENDIX #5, Exhibit #5, Pg 38 ................**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

. . { Table #4} DEFENDANTS' activity of applying "BLACKLISTING" violations of {4}{A} Title 18, U.S.C., Section 245 - Federally Protected Activities. . . . APPENDIX #8, Exhibit #8. . . . .Pg 39

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

. . { Table #5} DEFENDANTS' activity of applying "BLACKLISTING" violations of {5}{A} COUNT I - BATTERY, (Under 28 U.S.C. § 1605A(c) and State Common Law), {5} . ¶ 11} . . . .Pg 8

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

. . {Table #6} DEFENDANTS' activity of applying "BLACKLISTING" violations of {6}{A} . . . . . . . . . . . . . . . . . . . . . . ¶ 16} , Pg 11 . .

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

.{Table #7} DEFENDANTS' activity of applying "BLACKLISTING" violations of {7}{A} COUNT II- ASSAULT, (Under 28 U.S.C. § 1605A(c) and State Common Law), . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ¶ 18} . . ¶ 19} . .Pg 12

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

.{Table #8} DEFENDANTS' activity of applying "BLACKLISTING" violations of {8}{A} . . . . . . . . COUNT III- FALSE IMPRISONMENT AND KIDNAPPING, (Under 28 U.S.C. § 1605A(c) and State Common Law) . ¶ 21} . . .Pg 13. . ¶ 25} . . Pg 16. . . . .

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #9} DEFENDANTS' activity of applying "BLACKLISTING" violations of {9}{A} . .**

**. . . . . . COUNT IV INTENTIONAL INFLICTION, OF EMOTIONAL DISTRESS, INCLUDING SOLATIUM (Under 28 U.S.C. § 1605A(c) and State Common Law), . . . ¶ 29} Pg 20. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**Table #10} DEFENDANTS' activity of applying "BLACKLISTING" violations of {10}{A}. . COUNT V- ACTION FOR CONSPIRACY & WRONGFUL DEATH, (Under 28 U.S.C. § 1605A(c) and State Common Law and State Statutory Law), .¶ 31} . pg 22. . . . . ::::**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**{Table #11} DEFENDANTS' activity of applying "BLACKLISTING" violations of {11}{A}. . . . . . COUNT VI- ACTION FOR SURVIVAL DAMAGES, (Under 28 U.S.C. § 1605A(c) and State Common Law and State Statutory Law), . ¶ 33} Pg 24. . . . . . . . . . . . .**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**{Table #12} DEFENDANTS' activity of applying "BLACKLISTING" violations of {12}{A}. . . . . . COUNT VII- ACTION FOR CONSPIRACY (Under 28 U.S.C. § 1605A(c) and State Common Law) (As to All Plaintiffs), . ¶ 36. .Pg 26 . . . . . . . . . . . . . . . . . . . . . . .**

**::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::. .**

**{Table #13} DEFENDANTS' activity of applying "BLACKLISTING" violations of {13}{A}. . . . . . COUNT VIII- ACTION FOR AIDING AND ABETTING, (Under 28 U.S.C. § 1605A(c), . ¶ 40}. . Pg 29 . . ,PG 30 . . .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ÷**

**::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**{Table #14} DEFENDANTS' activity of applying "BLACKLISTING" violations of {14}{A}. . . . . . 28 U.S.C.§1605A(c) (As to All Plaintiffs), All of the acts of Defendant 1,**

**USVAMC DeBakey Hospital Policeman Conger. . . . ¶ 41} . . . . . . . . . . . . . . . . . . . . . . . . .**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #15} DEFENDANTS' activity of applying "BLACKLISTING" violations of {15}{A}. . . . . . - 28 U.S.C.§1605A(c) (As to All Plaintiffs), . . .Pg 53 . . . . . . . . . . . . . . . . . .**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #16} PUNITIVE DAMAGES: DEFENDANTS' activity of applying "BLACKLISTING" violations of {16}{A}. . . PUNITIVE DAMAGES, (Under 28 USC 1605A(c), P.L. 104-208, 110 Stat. 3009-172), (As to All Plaintiffs). ¶ 44} Pg 32, . . Pg 33. . .**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #17} List of PLAINTIFFS . . . ¶ 2}. . . Pg 4**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #18} List of Defendants . . . ¶ 3} . . . Pg 4**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #19} List of WITNESSES . . . ¶ 4} . . . Pg 4**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #20} List of INTERESTED PARTY WITNESSES: ¶ 5} . . Pg 5.**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**{Table #21} #1. BRIEF PREFACE OF THIS LAWSUIT:. . . . ¶ 6}. Pg 6.**

:::::::::::::::::::::::::::::::::::::::::::::::

**¶ 2} List of PLAINTIFFS:**

**(1) Plaintiff 1, US Veteran Kenneth MacKenzie, (2) Plaintiff 2,Julieta MacKenzie {wife of Kenneth MacKenzie}, (3) Plaintiff 3, Matthew MacKenzie {son of Kenneth MacKenzie}, (4) Plaintiff 4, Andrew MacKenzie {son of Kenneth MacKenzie}, Plaintiffs**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**¶ 3} List of DEFENDANTS:**

**Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US** Veterans Affairs Medical Center (USVAMC) DeBakey Hospital**, Houston, Texas, Defendant 9, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas,**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**¶ 4} List of WITNESSES: Witness 1, USVAMC, DeBakey Hospital, Houston, Texas): Witness 2, USVAMC DeBakey Hospital Primary Care NASA Clinic Nurse, Josephine Palacios, Witness 3, *United States Marshal - T. Michael O'Connor - US Courthouse, Houston, Southern District of Texas*, Witness 4, Homero Martinez, Director, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas, Witness 5, Hugo Martinez, US Veterans Affairs Medical Center Secretary (USVAMC) Harlingen Hospital, Harlingen, Texas, Witness 6, US**

**Veterans Affairs Administration Secretary, Washington, DC, Witness 7, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas,**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 5} List of INTERESTED PARTY WITNESSES: Interested Party Witness 1. Cesar Menchaca, Brother of US Army PFC Kristian Menchaca, Interested Party Witness 2. Pedro Menchaca, Father of US Army PFC Kristian Menchaca, Interested Party Witness 3. Maria 'Lupe' Vasquez, Mother of US Army PFC Kristian Menchaca 4. Eighteen members of US Army PFC Kristian Menchaca Family residing in USA and Mexico.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 6}. . #1. BRIEF PREFACE OF THIS REDACTED LAWSUIT, CASE NUMBER B-21-148: This current Lawsuit, 30 Sep 2021, is a 'REDACTION' of Kenneth MacKenzie's previously filed US District Court, Brownsville, Texas, Lawsuit, Case Number B-21-148, filed as "Sealed," dated 27 Sep 2020, that had several errors, which needed to be redacted, and are now 'redacted,' 30 Sep 2021, in today's updated refiling of Case Number B-21-148. This Lawsuit Case Number B-21-148 is urgently filed as "Life Saving Litigation" in an effort to save lives of Crime Victim U.S. Department of Veterans Affairs Military Veterans victimized by denial of Medical Care operated by U.S. Department of Veterans Affairs operating what resembles a 'Black Listing system' against US Military Veterans that is so extensively life destructive against US Veterans that it became a topic of much criticism announced several times by US President Trump who 'UNDERSTATED' the body count of 350,000 dead US Veterans negligently denied US Veterans Administration Medical Care,**

**prior to his term in Office. US Veterans Administration denied Medical Care continues to kill US Veterans during the current time of 2021. US and State Prosecutors must convene Grand Juries to investigate the continuing fatal Crimes of denied Medical Care against United States Veterans, felony violations of US Crime Codes and State Penal Codes . Grand Juries must also investigate al Qaeda Drug Armies asymmetric influence of the Illicit Drug Trade accounting for approximately ten percent of US Economy substantially supporting US disadvantaged minorities with al Qaeda Drug Army control of US criminal Black Market Economy growing larger by the day.**

**¶ 7}. . #2. BRIEF PREFACE This Lawsuit is filed by Pro Se Litigant, US Army Veteran Kenneth MacKenzie, defined as One Hundred Percent Permanently Disabled by USVAMC Veterans Affairs Department, this Suit filed as "Life Saving Litigation" in an effort to save lives of Crime Victim U.S. Department of Veterans Affairs Military Veterans' 'similarly situated U.S. Crime Victim Families attacked by al Qaeda Terrorists homicidally operating against U.S. Department of Veterans Affairs Military Veteran U.S. Crime Victim Families inside the USA, victimized by al Queda Terrorism Drug Armies, targeted by Al Queda Drug Army Mercenaries and further targeted by Al Qaeda Drug Army hired US Street Gang Militias, identified by US DEA as operating 'Terrorism- crime attacks, inside and outside the United States, and operating 'Terrorism- crime attacks against said U.S. Crime Victim Families and against said U.S. Military Crime Victim Veterans receiving Medical Treatment and care at USVAMC Hospitals and Clinics throughout the United States and her territories. . . #2 . .**

¶ 8} #3. BRIEF PREFACE Furthermore, this Lawsuit is filed as "Life Saving Litigation" in an effort to save lives of "Terrorism- attacked,' similarly situated U.S. Crime Victim Families, attacked by al Qaeda Terrorists operating inside and outside the United States.

¶ 9} #4. BRIEF PREFACE This Lawsuit litigation is Submitted under "TEMPORARY SEAL" in an effort to "Save-The-Lives-of-US-Army-PFC-Kristian-Menchaca-Family" and "Save-The-Lives-of-US-And-European-Ambassadors" from Demonstrating Protestors in US-And-European embassies of Turkey, Egypt, Yemen, Greece, Sudan, Tunisia, India, Indonesia, in Benghazi, Libya and in Tripoli, Libya, in Asia, in Africa, and in Middle East.

¶ 10}. #5. BRIEF PREFACE : If Plaintiffs are prevented to litigate this, herein, life saving crime complaint information in US District Courts, Plaintiffs, to save their lives and to save lives of US Ambassadors and save lives of European Ambassadors, Plaintiffs must immediately file this life saving crime complaint information in other courts of Texas and file Criminal Crime Complaints identifying United States Embassy and European embassy archived documents that are defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in other courts of Pakistan, defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in other courts of Turkey, and defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Courts of Saudi Arabia, defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Egypt, in Yemen, in Greece, defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Sudan, defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Tunisia, in India, in Indonesia, defamatory under Koranic Sharia Law

**('PUNISHABLE TO THE SEVEREST EXTENT') in Kuwait, defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Benghazi, Libya and defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Tripoli, Libya, in Asia, and in Africa, and defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') elsewhere in Middle East; thereby, a great Interest will develop in the majority of passionately political people in said foregoing countries to protest against the United States Ambassadors and protest against European Ambassadors staffing embassies archiving said documents that are defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in these countries, to such an extent that their US and European State Departments will certainly need to take action to evacuate, abandon, and voluntarily 'dismantle' those disgraced embassies that hold offending documents that are defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in their archives. SEE: https://mail.google.com/mail/u/0/?tab=rm&ogbl#search/Turkey/FMfcgzGljvKtRkxbmWmZxQVkMBkwtMJK**

**::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 11} COUNT I - BATTERY (Under 28 U.S.C. § 1605A(c) and State Common Law), Plaintiffs, (1) Plaintiff 1, US Veteran Kenneth MacKenzie, (2) Plaintiff 2,Julieta MacKenzie {wife of Kenneth MacKenzie}, (3) Plaintiff 3, Matthew MacKenzie {son of Kenneth MacKenzie}, (4) Plaintiff 4, Andrew MacKenzie {son of Kenneth MacKenzie} repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein. On 01 Oct 2019, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman Conger 372 and USVAMC**

**DeBakey Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas willfully, violently and forcefully committed Criminal acts during the arrest of USVAMC diagnosed One Hundred Percent {100%} Permanently Disabled US Army Veteran Kenneth MacKenzie, with the express purpose of inflicting damage, injury, pain and suffering against said One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie.**

**::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 12} The willful, unjust and intentional acts of wrongful assault against One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, who had requested VA Police to respond to DeBakey Urology Clinic, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital to take MacKenzie's Crime complaint violation reports of {1} Texas Penal Code 22.04 – Denial of Medical Care, {2} 18 USC § 1512 – Tampering, {3} 18 USC § 1513 - Retaliation {4} Blacklisting, which is comprised of violations of 18 U.S.C. §2339A and §2339B; {5} 18 USCA § 13 Assimilated Crimes Act** (ACA).

**::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 13} Upon their arrival at DeBakey Urology Clinic, US VA Policeman Conger 372 and USVAMC DeBakey Hospital US VA Policeman Erazos 4643, ignored MacKenzie's foregoing crime complaints of {1} Crime complaint violations of Texas Penal Code 22.04 – Denial of Medical Care against Defendant USVAMC DeBakey Hospital Management in Houston, ignored MacKenzie's foregoing crime complaints Crime complaint violations of Texas Penal Code 22.04 {2} against US Veterans Affairs Secretary Denis McDonough, {3} ignored MacKenzie's foregoing Crime complaint violations of Texas Penal Code 22.04**

**against and Chief Urology Clinic Clerk MacDonald, which USVAMC-DeBakey-Hospital-Police ignored in violation of Texas Penal Code Section §22.04 – Denial of Medical Care crimes**

**and ::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**said USVAMC-DeBakey-Hospital-Police ignored said US Title 18 United States Code Crimes and thereby allowed said US Title 18 United States Code Crimes to operate as unchallenged and allowed and sponsored by all Defendants, and said US Title 18 United States Code Crimes constituted a Battery by means of Defendants applying severely depraved Neglect of USVAMC Medical Care denied against the person of USVAMC diagnosed One Hundred Percent {100%} Permanently Disabled US Army Veteran Kenneth MacKenzie, diagnosed by USVAMC DeBakey Hospital with 1.} Agent Orange Malignant Melanoma Cancer, 2.} Agent Orange Basal Cell Carcinoma Cancer (diagnosed by UTMD Anderson Hospital) , 3.} Unknown Cause 65% Prostate Cancer, 4.} Agent Orange Squamous Cell Carcinoma Cancer, 5} Agent Orange Ischemic Heart Attack damage to Heart, 6.} Agent Orange Coronary Artery Disease ('CAD) thereby causing injury to him as set forth above and as set forth in the following allegations.**

**::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 14} Defendants, Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazos 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Employee, Female, Age 25, Defendant 6, US Veterans Affairs**

**Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US** Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, **Houston, Texas, Defendant 9, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas, Defendants, performed acts within the scope of their respective offices which provided material support and sponsorship to All Defendants and their wrongful activities, including but, not limited to, the denial of Medical Care, and operated Blacklisting against One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 15} COUNT I : As a direct and proximate result of the willful, wrongful and intentional acts of Defendants 1 through 9 and the other Wrong Doers, which acts were materially supported and sponsored by Defendant US Veterans Affairs Department, as well as materially supported and sponsored by Defendant US Department of Justice and Defendant US Department of Defense, and Defendant US Veterans Affairs Department Secretary and Others, said One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie was injured by VA Policeman Conger 372 and VA Policeman Erazos 4643, in that One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie endured extreme mental anguish, endured physical injury to US Veteran Kenneth MacKenzie's Heart, and endured suffering, all to increase MacKenzie's Heart damage more than it was previously damaged.**

**¶ 16} COUNT I: WHEREFORE, Plaintiffs, US Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of**

**Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, demand that judgment be entered, jointly and severally, against all Defendants for the damages Plaintiffs suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this Count I, and Plaintiffs' costs expended.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 17} COUNT II- ASSAULT: (Under 28 U.S.C. § 1605A(c) and State Common Law), 114. Plaintiffs repeat, reallege and incorporates by reference those facts and allegations set forth in all the forgoing paragraphs as if fully set forth herein.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 18} During the murders of Laurence Foley, Matt Maupin and Kristian Menchaca, "CO COUNT UNT II- Pg 20 ASSAULT: 110. Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 19} The willful, wrongful and intentional acts of US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643, who were sponsored by all Defendants, grasping MacKenzie's Arm constituted a battery upon the person of One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie causing stress-fear injury and stress heart injury pain to MacKenzie's Agent Orange Ischemic Heart Damage Condition, diagnosed by USVAMC, Harlingen and USVAMC Cardio Clinic, McAllen, Texas, May 2020, as a "Shadow Bruise**

**Damage" on the bottom of MacKenzie's heart and diagnosed as Coronary Heart Disease from exposure to poisonous Vietnam Agent Orange damage and Vietnam Combat Stress established when the North Vietnam Army overran and occupied Qui Nhon, Vietnam with many combat atrocities during January 1968, as set forth above and set forth in this document. USVAMC DeBakey Hospital VA Policeman Conger 372 and USVAMC DeBakey Hospital VA Policeman Erazos 4643 violated Title 18, U.S.C., Section § 241, violated Title 18, U.S.C., Section § 242, and violated Title 18, U.S.C., Section § 245 when they wrongfully arrested US Army Veteran Kenneth MacKenzie, 01 Oct 2019, and, thereby, denied him Medical Care in violation of Texas Penal Code Section 22.04 – Denial of Medical Care – at USVAMC DeBakey Hospital, Houston, Texas. US Army Veteran Kenneth MacKenzie will petition this court to appoint a Prosecutor to convene a Grand Jury to investigate said several crime violations by VA Policeman Conger 372 and VA Policeman Erazos 4643.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 20} COUNT II- ASSAULT: 110. Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein., 111. On 01 Oct 2019, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas willfully, violently and forcefully committed wrongful Criminal acts during the arrest of One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, with the express purpose and result of inflicting damage, injury, pain and suffering against disabled US Veteran Kenneth**

**MacKenzie.**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**¶ 21} COUNT II- ASSAULT: On 01 Oct 2019, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas willfully, violently and forcefully committed Criminal acts during the arrest of One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, with the express purpose and result of inflicting damage, injury, pain and suffering against US Veteran Kenneth MacKenzie.**

**¶ 22} US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas intentionally and willfully put One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie in heightened fear for his Cancer damaged Prostate Condition as a result of being denied DeBakey Urology Clinic medical Specialist Urology Doctor's care by reason of interference of Conger's (372) and Erazo's (4643) custody hands-on arrest of US Army Veteran Kenneth MacKenzie, whohad not perpetrated any crime offense whatsoever, other than request VA Police presence at DeBakey Urology Clinic for purpose of making a Report to DeBakey VA Police Department that DEBakey Urology Administrative Clerks, MacDonald and Clark, had denied US Army Veteran Kenneth MacKenzie access to a DeBakey Urology Clinic medical Specialist Urology Doctor's care in violation of Texas State Penal Code Section § 22.04 – "Denial of Medical Care," applied by both DEBakey Urology Administrative Clerks, MacDonald and Clark, ignoring that MacKenzie was a returning Urology Patient at the**

**same DeBakey Urology Clinic wherein MacKenzie had been diagnosed with Prostate Cancer and prescribed Finistride medication for the rest of MacKenzie's life, year 2013, by the Chief Doctor at said DeBakey Urology Clinic, that both DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643 wrongfully ignored and instead responded by unnecessarily applying "assaultive hands-on-force" while arresting US Army Veteran MacKenzie with 'DeBakey VA Police applied assaultive Force,' while US Army Veteran MacKenzie was the Victim of DEBakey Urology Administrative Clerks, MacDonald's and Clark's, applied violation of Texas State Penal Code Section § 22.04 – Denial of Medical Care – of Army Veteran MacKenzie's previously diagnosed Prostate Cancer, diagnosed 2013 with medication prescribed for life, at USVAMC DeBakey Hospital Urology Clinic. Neither of DEBakey Urology Administrative Clerks, MacDonald and Clark, consulted MacKenzie's Cancer medical history of record at DEBakey Hospital. DEBakey Urology Administrative Clerks, MacDonald and Clark, appeared to have denied US Army Veteran Kenneth MacKenzie, a White Caucasian, DeBakey Urology Clinic medical Specialist Urology Doctor's care in violation of Texas State Penal Code Section § 22.04 – "Denial of Medical Care" to a class of US Military Veterans, who are generally described as of "White Caucasian" USA Citizens. "White Caucasians" constitutes the majority of the people in the United States. As of the 2020 Census, 61.6%, or 204,277,273 people, were white alone.**

**¶ 23} US Army Veteran Kenneth MacKenzie, a White Caucasian, believes it is appropriate to question whether DEBakey Urology Administrative Clerks, MacDonald and Clark were aware of any DEBakey Hospital attitudes alleged as being wrongfully or lopsidedly applied toward any racial group at DEBakey Hospital.**

**¶ 24} US Army Veteran Kenneth MacKenzie has experienced increased stress from his wrongful and unnecessary arrest by USVAMC DeBakey Hospital Policeman Conger 372 and USVAMC Policeman Erazos 4643; and MacKenzie has further experienced apprehension of harm and injury as a direct result of the USVAMC DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643 ' actions in physical force and mental stress they inflicted upon One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie to deny him Prostate Cancer follow-up care in a timely manner at USVAMC Urology Clinic, DeBakey Hospital, Houston, to determine if MacKenzie's Prostate Cancer had 'Metastasized' to other parts of his body.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 25} As a direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643, which acts were materially supported and sponsored by USVAMC DeBakey Hospital, acts materially supported and sponsored by US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, then One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie was injured in that MacKenzie endured extreme mental anguish, physical injury and pain in his Agent Orange damaged Heart and endured pain suffering in his damaged Heart, all to MacKenzie's damage. In fact, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie is diagnosed as 100 % permanently disabled from exposure to Vietnam Agent Orange Poisons and Post Traumatic Stress Disorder (PTSD) resulting from eye-witnessing combat atrocities when the North Vietnam Army overran and occupied Qui Nhon, Vietnam, where**

**MacKenzie was stationed during North Vietnam's infamous Tet Mau invasion of South Vietnam.**

**¶ 26} WHEREFORE, Plaintiff, US Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually,**

**demand that judgment be entered, jointly and severally, against the Defendants for the damages One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie and all Plaintiffs, US Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie} individually suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this COUNT II ,and their costs expended.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 27} COUNT III- FALSE IMPRISONMENT AND KIDNAPPING, (Under 28 U.S.C. § 1605A(c) and State Common Law), Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein, against USVAMC DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643, which acts were materially supported and sponsored by USVAMC DeBakey Hospital, acts materially supported and sponsored by US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, US Federal**

**Government employees. USVAMC DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643willfully, violently and forcefully committed forceful Arrest acts "AGAINST" One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie at DeBakey Hospital Urology Clinic, Houston, Texas during arrest Acts by USVAMC DeBakey Hospital Policeman Conger 372 and USVAMC DeBakey Hospital Policeman Erazos 4643, which Acts were materially supported and sponsored by USVAMC DeBakey Hospital, Acts materially supported and sponsored by US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, US Federal Government employees, with the express consequence of inflicting severe pain and suffering and Ischemic Heart stress "AGAINST" One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie at DeBakey Hospital.**

**¶ 28} One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie was seized, escorted with force from the Second Floor Clinics, DeBakey Hospital, to the First Floor of Primary Care at DeBakey Hospital and held for nearly an hour respectively against his will. The willful, wrongful and intentional acts of Defendant USVAMC DeBakey Hospital Policeman Conger 372 and Defendant USVAMC DeBakey Hospital Policeman Erazos 4643, which Acts were materially supported and sponsored by Defendant USVAMC DeBakey Hospital, Acts materially supported and sponsored by Defendant US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, US Federal Government employees, which were sponsored by all Defendants, constituted false imprisonment and false UNNECESSARY ARREST upon the person of One Hundred**

**Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, causing injury to him as set forth above.**

**¶ 29} Defendants Defendant USVAMC DeBakey Hospital Policeman Conger 372 and Defendant USVAMC DeBakey Hospital Policeman Erazos 4643, performed acts within the scope of their office, which materially supported and sponsored said UNNECESSARY False ARREST upon the person of One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, causing injury to him as set forth above**

**¶ 30} As a direct and proximate result of the willful, wrongful and intentional acts of Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants, which acts were materially, supported and sponsored by Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US** Veterans Affairs Medical Center (USVAMC) DeBakey Hospital**, Houston, Texas, Defendants, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie was injured in that MacKenzie endured extreme mental anguish, physical Assault Force disruption and mental pain and suffering, all to Disabled US Army Veteran Kenneth MacKenzie's damage.**

**¶ 31} .. WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}**

**Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie} individually demand that judgment be entered, jointly and severally, against the Defendants for the damages Plaintiffs suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this COUNT III- FALSE IMPRISONMENT AND KIDNAPPING, (Under 28 U.S.C. § 1605A(c) and State Common Law), and their costs expended.**

**¶ 32} COUNT IV INTENTIONAL INFLICTION, OF EMOTIONAL DISTRESS, INCLUDING SOLATIUM (Under 28 U.S.C. § 1605A(c) and State Common Law) (As to All Plaintiffs),**

**¶ 33} .. Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, repeat, reallege and incorporate by reference those facts and allegations set forth in all of the forgoing paragraphs as if fully set forth.**

**¶ 34} The INTENTIONAL INFLICTION, OF EMOTIONAL DISTRESS, INCLUDING SOLATIUM (Under 28 U.S.C. § 1605A(c) and State Common Law) (As to All Plaintiffs), and each and all of the acts set forth above, constitute extreme and outrageous conduct with the intent to inflict emotional distress, including solatium, upon Plaintiffs and the members of their families. Further these acts were undertaken for the purpose of causing mental duress and suffering, including solatium, upon the members of their families. As a direct result and proximate result of the willful, wrongful and intentional acts of Defendant**

**1, USVAMC DeBakey Hospital Policeman *CONGER* 372 , Defendant 2, USVAMC DeBakey Hospital Policeman *ERAZO* 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee *MACDONALD*, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk *CLARK,* Female, Age 25, Defendants, which acts were materially supported and sponsored by which acts were materially, supported and sponsored by Defendant 6, *US VETERANS AFFAIRS DEPARTMENT*, Washington, DC, Defendant 7, *US VETERANS AFFAIRS DEPARTMENT SECRETARY,* Washington, DC, Defendant 8, *US VETERANS AFFAIRS MEDICAL CENTER (USVAMC) DEBAKEY HOSPITAL,* Houston, Texas, Defendants, against Plaintiffs and their families, as above set forth, who were each caused to suffer permanent and severe emotional distress.**

**¶ 35} WHEREFORE, . . Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf of the Estate of Kenneth MacKenzie, demand that judgment be entered, jointly and severally, against Defendants for the damages Plaintiffs suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of TEN MILLION ($10,000,000.00) DOLLARS, for each of them, on this Count IV, and their costs expended;**

**¶ 36} COUNT V- ACTION FOR CONSPIRACY (Under 28 U.S.C. § 1605A(c) and State Common Law) (As to All Plaintiffs), 137. Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth.,**

¶ 37} Defendants, Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants did knowingly and willfully conspire with and/or agree to sponsor 28 U.S.C. § 1605A operations by Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendants acting as a Crime Perpetrator organization within the meaning of 28 U.S.C. § 1605A, Defendants conspiring and operating crime violations of 18 U.S.C.A. § 1962(c) - RICO Act, and conspiring and operating crime violations of 18 USC § 2339A and USC § 2339B, Counter Terrorism Act, which incorporates 18 USC §1961 – RICO Act, et. seq. . which Crime Perpetrator organization within the meaning of 28 U.S.C. § 1605A, willfully and deliberately committed an act within the meaning of 28 U.S.C. § 1605A - violence, which caused the personal injuries of Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, for the reasons stated above, and having conspired to sponsor the 28 U.S.C. § 1605A as a Foreign Sovereign Immunity Act {FSIA} violating US government crime organization which willfully and deliberately committed an act of Terrorism (28 U.S.C. § 1605A - Violations of US Foreign Sovereign Immunity Act – 'FSIA') which caused, the personal injuries of Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie,, thereby Defendants, Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman

**Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants "AND" Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, are jointly and severally liable to Plaintiffs for all damages in this civil action.**

**¶ 38} WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf of the Estate of Kenneth MacKenzie, demand that judgment be entered, jointly and severally, against Defendants in, the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this, COUNT V, and their costs expended.** ¶

**¶39} COUNT VI- ACTION FOR AIDING AND ABETTING, (Under 28 U.S.C. § 1605A(c) and State Common Law and State Statutory Law) (As to All Plaintiffs); Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf of the Estate of Kenneth MacKenzie, Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth. Defendants did knowingly and willfully provide**

**substantial assistance to and sponsor a 28, U.S.C. FSIA (terrorist) organization within the meaning of 28, U.S.C. § 1605A, which terrorist organization willfully and deliberately committed an act of terrorism, which caused the personal injuries of Plaintiffs. For the reasons stated above, and having aided and abetted a terrorist organization which willfully and deliberately committed an act of terrorism which caused, the personal injuries of Plaintiffs, all Defendants are jointly and severally liable to Plaintiffs for all damages in this civil action.**

**¶ 40} WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf of the Estate of Kenneth MacKenzie. Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth.**

**¶ 41} .. Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, demand that judgment be entered, jointly and severally, against Defendants in, the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this, Count VI, and their costs expended.,**

**¶ 42} COUNT VII- 28 U.S.C.§1605A(c) (As to All Plaintiffs), Plaintiffs repeat, re-allege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein. In addition, the acts of assaulting Plaintiff, One**

**Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, and each and all of the acts set forth above, constituted extreme and outrageous conduct with the intent to inflict unlawful violence and intimidation {comparable to terrorism} emotional distress upon Plaintiff, One Hundred Percent {100%} Disabled US Army Veteran Kenneth MacKenzie, Plaintiff, with the intent to inflict unlawful violence and intimidation {comparable to terrorism} with the intent to emotional distress upon Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, with the intent to inflict unlawful violence and intimidation {comparable to terrorism} emotional distress upon Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, with the intent to inflict unlawful violence and intimidation {comparable to terrorism} emotional distress upon Andrew MacKenzie {son of Kenneth MacKenzie} and with the intent to inflict emotional distress, including solatium, upon members of their families. Further, these acts were undertaken with the intent to inflict unlawful violence and intimidation {comparable to terrorism} for the purpose of causing severe mental duress and suffering, including solatium damages, upon the members of their families.**

**¶ 43} The willful, wrongful and intentional acts of Defendants, Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants "AND" Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital,**

**Houston, Texas, Defendants, acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A,**

**AND"**

**¶ 44} Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, were sponsored and directed by Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, and US Department of Justice and US Department of Defense, as well as the FBI, US Department of Justice. .As a direct and proximate result of the willful, wrongful and intentional acts of Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, , whose acts were materially supported, sponsored, aided and directed by Defendants against Plaintiffs, and Plaintiff families , Plaintiffs endured extreme mental anguish, physical injury and pain and suffering, all to their damage.**

**¶ 45} WHEREFORE, Plaintiff, US Veteran Kenneth MacKenzie , and each of them, on behalf of the estates and heirs of US Veteran Kenneth MacKenzie and all of US Veteran Kenneth MacKenzie's family members, listed above, demand that judgment be entered, jointly and severally, against Defendants for the damages Plaintiffs suffered,**

**including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them, on this COUNT VII, and their costs expended; as to each of their, mothers, father, sisters, brothers, daughters, spouses and sons above named, above in the amount of TEN MILLION DOLLARS ($10,000,000.00) for each and every one of them, on this Count VII, and their costs expended, including attorneys' fees.**

**¶ 46} COUNT VIII- PUNITIVE DAMAGES, (Under 28 USC 1605A(c), P.L. 104-208, 110 Stat. 3009-172), (As to All Plaintiffs),**

**Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth. The actions of Defendants, as above set forth, were intentional and malicious and, in willful, wanton and reckless disregard of the rights and well being of all Plaintiffs.**

**¶ 47} All of the acts of Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, were sponsored and directed by Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, and US Department of Justice and US Department of Defense, as well as the FBI, US Department of Justice.**

**¶ 48} ..As a direct and proximate result of the willful, wrongful and intentional acts of Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas, were facilitated by funding, training, and other material support, resources and sponsorship from Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas, as well as the Defendants Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC,**

**¶ 49} Said Defendants Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas rendered material support to Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, unlawful violence and intimidation {comparable to terrorism} actually carrying out said unlawful violence and intimidation {comparable to terrorism} acts above described.**

**¶ 50} .. USVAMC DeBakey Hospital VA Policeman Conger 372 and USVAMC DeBakey Hospital VA Policeman Erazos 4643 violated Title 18, U.S.C., Section § 241,**

**violated Title 18, U.S.C., Section § 242, and violated Title 18, U.S.C., Section § 245 when they wrongfully arrested US Army Veteran Kenneth MacKenzie, 01 Oct 2019, and, thereby, denied him Medical Care in violation of Texas Penal Code Section 22.04 – Denial of Medical Care – at USVAMC DeBakey Hospital, Houston, Texas. US Army Veteran Kenneth MacKenzie will petition this court to appoint a Prosecutor to convene a Grand Jury to investigate said several crime violations by VA Policeman Conger 372 and VA Policeman Erazos 4643.**

**¶ 51} Punitive Damages Under 28 U.S.C. § 1605A(c), the Plaintiffs are entitled to an award of economic damages, solatium, pain and suffering, and punitive damages, and same is hereby requested against the Defendants, jointly and severally, in accordance with the provisions of28 U.S.C. § 1605A(c) making both a state that has been designated as a "state sponsor of terrorism" under § 6G) of the Export Administration Act of 1979, and an official, employee, or agent of such a state, liable for economic damages, solatium, pain, and suffering, and punitive damages. As required by 28 U.S.C. § 1605A(c).**

**: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :**

**¶ 52} COUNT VIII, punitive damages: Each of Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center** (USVAMC) **DeBakey Hospital, Houston, Texas was acting within the scope of his respective office, employment or agency when he supplied, facilitated or authorized the provision of material support or resources and the execution of its unlawful violence and intimidation {comparable to terrorism} and material support to Defendant 1, USVAMC DeBakey Hospital Policeman**

**Conger 372 , material support to Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, material support to Defendant 3, USVAMC DeBakey Hospital Police Force Agency, material support to Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, material support to Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, unlawful violence and intimidation {comparable to terrorism} actually carrying out said unlawful violence and intimidation {comparable to terrorism} acts above described. All Defendants are jointly and severally liable to Plaintiffs for all damages.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 53} WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled Plaintiff, US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff Andrew MacKenzie {son of Kenneth MacKenzie}, demand that judgment be entered, jointly and severally, against Defendants in the amount of THREE HUNDRED MILLION US DOLLARS ($300,000,000.00) for each act of unlawful violence-and-intimidation {comparable to terrorism} on this Count VIII, and their costs expended as related to this Count VIII: 'The award of punitive damages,' as requested, is to punish Defendants for their conduct in supporting unlawful violence-and-intimidation {comparable to terrorism} and the unlawful violence-and-intimidation {comparable to terrorism} acts described herein, and to send a message to Defendants and others that the United States of America and its citizens respond to the lawless acts of terror and murder with the application of**

**orderly justice.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 54} . . Thus, in cited COUNT I {"Count One"} through cited COUNT VIII {"Count Eight"} of this 'Civil Litigation Complaint Document, 'Said' DeBakey Hospital Policeman Conger and USVAMC DeBakey Hospital Policeman Erazos of USVAMC DeBakey Hospital, Houston, Texas, {1} violated "Texas Penal Code § 22.04 – Denial of Medical Care," and {2} violated "18 USC § 242 – Depravation of Rights Under Color of Law," when they wrongfully arrested US Veteran Kenneth MacKenzie, against his will, at USVAMC DeBakey Hospital, Urology Clinic and prevented US Veteran Kenneth MacKenzie, against his will, from obtaining Medical Care for his "USVAMC diagnosed *"Sixty Five Percent (65%) Likely Prostate Cancer"* at USVAMC DeBakey Hospital, Urology Clinic Houston, Texas," against his will, on 01 Oct 2019, thereby life-endangering US Veteran Kenneth MacKenzie's life from USVAMC DeBakey Police denied USVAMC DeBakey Hospital Urology Clinic Medical Care to treat his Prostate Cancer with appropriate medications and further diagnose any "Dangerous Life-Threatening 'Metastases development of 'Secondary Malignant Cancer Growths' at a distance from the primary site of MacKenzie's Prostate Cancer 'Abnormal-Ridge-Tumor-Growth' on his Prostate," and further diagnose any "Dangerous Life-Threatening 'Metastases Spread' Of Tumor Size Increase," and DeBakey Policemen Conger and Erazos effectively denied any possibility of timely 'Urology Specialist Doctor Medical care, whatsoever, on 01 October 2019, to further diagnose any spread of his Prostate Cancer into 'a measurable higher percentage rate of increased growth spread size of his Cancer,' whatsoever, at USVAMC DeBakey Hospital Urology Medical Specialty Clinic by reason of their wrongful Custodial**

**Arrest of US Veteran Kenneth MacKenzie on 01 Oct 2019.**

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

**¶ 55}. . The 1.} US Veterans Affairs Department, the 2} US Justice Department, the 3} the US State Department , the 4} US Defense Department in their violations of Texas Penal Code Section § 22.04 – Denial of Medical Care – against the members of the US Army PFC Kristian Menchaca Terrorism Crime Victim Family and in their violations of 18 USC Section § 241, violations of 18 USC Section § 242, violations of 18 USC Section § 245, against the Family of US Army PFC Kristian Menchaca are treating US Terrorism Crime Victim Families, like the Family of US Army PFC Kristian Menchaca, as if US Terrorism Crime Victim Families are assigned the same 18 USC Crime Code classification to be treated as US Title 18, Section § 1961, et. seq. – RICO Act - "Crime Racketeering Enterprise Families," like Drug Dealing Motorcycle Gang Families.**

**¶ 56}. Title 18, U.S.C., Section § 241 - Conspiracy Against Rights. This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).**

**¶ 57}. Title 18, U.S.C., Section § 242 - Deprivation of Rights Under Color of Law. This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S. This Title 18, U.S.C., Section 242 law further prohibits a person acting under color of**

**law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.**

**¶ 58}. Certain Acts under "COLOR OF ANY LAW":**

***Certain Acts under "COLOR OF ANY LAW"* include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "COLOR OF ANY LAW," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, *Judges*, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs. See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes**

**¶ 59}. 18 USC Section § 245 - FEDERALLY PROTECTED ACTIVITIES. See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes , 1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons . . . ; thus, One Hundred Percent Disabled US Army Veteran Kenneth MacKenzie, a member of the US Army PFC Kristian Menchaca Family, is Blacklisted when he visits US Courthouse to file his Counter Terrorism Lawsuits and is frequently Blacklisted-Denied Medical Care when he seeks Medical Care from US Veterans Affairs Department USVAMC Hospitals, such as USVAMC, DeBakey Hospital in**

**Houston, Texas for medical care of his Vietnam Agent Orange Caused and Traumatic Combat Stress Caused damaged Heart Conditions. . .**

**¶ 60}. "THE THREAT OF CONTINUITY": . . Another example cited by the Court is that the threat of continuity may be established by showing that the predicate acts or offenses are part of an ongoing entity's regular way of doing business.**

**. . ¶ 61} US Veterans Affairs Department Body Count Compared to Adolph Hitlers Death Camp Body Counts of WW2**

**. . ¶ 62} ADDITIONAL RELIEF REQUESTED: Plaintiffs request leave of Court to amend this Complaint as the interests of justice require.**

**DATED 30 Sep 2021 Respectfully, Submitted,**
**Printed name: Kenneth MacKenzie**
**eSignature: S / Kenneth MacKenzie**
**Hand Signature:** K MacKenzie

**ADDRESS: 109 Sacramento River Dr., Brownsville, Texas 78520, e mail: kenmackenzie2000@gmail.com , Phone 713 264 2782,**

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# APPENDIX , Exhibits

**APPENDIX #1, Exhibit #1,**

**SEE: Ethics and Integrity: us.marshals@usdoj.gov ;**
**https://www.usmarshals.gov/contacts/index.html;**
**https://www.usmarshals.gov/ethics/index.html**
The ethics program in the U.S. Marshals Service is administered by the Office of General Counsel. Within the **Office of General Counsel** are members of the Ethics Team who advise employees, provide ethics training, collect and review public and confidential financial disclosure reports filed by employees required to complete such reports on an annual basis, and complete ethics reports, as required, that are sent to the Department of Justice and the Office of Government Ethics.

**Lisa Dickinson, General Counsel, Ethics and Integrity & Robert Marcovici, Ethics Officer,: us.marshals@usdoj.gov ; https://www.usmarshals.gov/contacts/index.html; https://www.usmarshals.gov/ethics/index.html**

**APPENDIX #2, Exhibit #2,**

**. ... US Drug Enforcement Agency Report on strength of 'asymmetric' Mexican Drug Cartel Armies dominated by al Queda Drug Army Supply in USA to provide distribution of al Queda Drugs to heavily armed USA Street Gang Drug Sales Militias influencing 70% of USA Urban areas. See:https://www.dea.gov/sites/default/files/2018-07/dir06515.pdf,**

**APPENDIX #3, Exhibit #3, . .See: https://www.investigativeproject.org/case/797/foley-et-al-v-syrian-arab-republic-et-al Counter-Terrorism Complaint, Foley Vs. Syria, US District Court Case 1:11 CV 00699 (CRR) Washington, DC,**

**APPENDIX #4, Exhibit #4, See: CAUSE NO. 2021-DCL-03959: Juan M. Vasquez, Plaintiff v. Julieta Armandina Vasquez , Defendant in the 138th District Court Judicial District, Cameron County, Texas**

**APPENDIX #5, Exhibit #5, Then, {1} Brownsville Police Department and {2} Cameron County Sheriff's Department and {3} Us Department Of Homeland Security, and {4} Us Department Of Justice continued their Blacklisting of applied Government Non-Feasance**

**{Refusing to provide 18 USC 3521 – Relocation and Protection -} that operates as Terror of denied Protection from Terrorism operating in the USA by al Queda and its partner US Street Gang Drug Militias against the Menchaca Family for filing its Counter-Terrorism Complaint, Foley Vs. Syria, US District Court Case 1:11 CV 00699 (CRR) Washington, DC, by continuing to ignore Julieta Armandina Vasquez MacKenzie's continued multiple Crime Complaints, during 2019, 2020, and 2021, that Maria Del Carmen Gonzales Vasquez, 91, was a Victim of said assaults, which resulted in her Homicide death during November 2019.**

**APPENDIX #6, Exhibit #6,:.. Also See: Homeland Security DHS email: eMail Address Block: cpb.goes.support@dhs.gov , iprpolicyprograms@dhs.gov , ipr.helpdesk@dhs.gov , section508@state.gov , SOCR_direct@state.gov , CRCLOutreach@dhs.gov , crcl@dhs.gov , ics-cert@dhs.gov , hsin.helpdesk@dhs.gov , mediainquiry@hq.dhs.gov ,**

**APPENDIX #7, Exhibit #7: 2021: NOTIFICATION TO POLICE { Interested Party, US Border Patrol & 'ICE'} OF HOMICIDE VICTIM LETTER #1, Dated: 22 Aug 2021**

**From Julieta Vasquez MacKenzie and Kenneth MacKenzie, kenmackenzie2000@gmail.com Phone: 956 801 5435; 713 264 2782: To: US Immigration & Customs Enforcement, Date: 24 Aug 2021, 1 866 347 2423 ; Border Patrol** Main Address: 1300 Pennsylvania Ave., NW. ...Phone Number: 1-202-325-8000. 1-877-227-5511, **Email: cpb.goes.support@dhs.gov , iprpolicyprograms@dhs.gov , ipr.helpdesk@dhs.gov , OMB Control Number: 1653-0049, Expiration Date: 07/31/2023: https://www.ice.gov/webform/ice-tip-form#edit-last-name-individual--rvV8--YUYJs ; U.S. Department of State, Office of Inspector General, SA-39, 1700 North Moore Street, Arlington, VA 22209';** e-mail **section508@state.gov** ; Office Civil Rights: **SOCR_direct@state.gov** ; **Contact Section 508 Coordinators at https://section508.gov/tools/coordinator-listing**

**APPENDIX #8, Exhibit #8: 'US Marshall 'Blacklisting' 18 USC § 1512 – Tampering ..., 18 USC § 1513 - Retaliation, 83}. Blacklisting** is comprised of **18 U.S.C. §2339A and §2339B; 18 USC § 1512 – Tampering ..., 18 USC § 1513 - Retaliation, Texas Penal Code, § 22.04 – Denial of Medical Care {also see: 18 USCA § 13 - Assimilated Crimes Act** (ACA)} **{84}. US Veteran Kenneth MacKenzie is: {{1}} 'unquestionably partially blacklisted' by**

**US Marshalls Department {Evidence of 'US Marshall 'Blacklisting' occurs whenever US Veteran Kenneth MacKenzie is SURROUNDED BY us Marshalls & escorted to US Court Clerk's Office, Houston, TX, when filing Lawsuit Documents}, {{2}} Moreover, Kenneth MacKenzie 'appears to be partially blacklisted' by US Department of Veterans Affairs {US Department of Veterans Affairs Denied US Veteran Kenneth MacKenzie Medical Care on five occasions & 'arrested' US Veteran Kenneth MacKenzie twice as a 'walk-in Patient' at DeBakey USVAMC Hospital in Houston, TX by VA Police who denied Medical Care},**

**APPENDIX #9, Exhibit #9: Libya, Muammar Gaddafi**
**https://www.arnoldporter.com/en/perspectives/publications/2021/01/can-you-be-sued-under-fsia**

**APPENDIX #10, Exhibit #10:**
**{85}. US Veteran Kenneth MacKenzie *"appears to be partially blacklisted"* by Brownsville Police Department ('BPD'), as evidenced by 'BPD' not taking any investigative action, whatsoever, to investigate the "Assault & Battery Murder" of US Veteran Kenneth MacKenzie's mother in law, Maria Del Carmen Gonzales Vasquez, 91, mother of MacKenzie's wife, 'Defendant Julieta Armandina Vasquez' in Cameron County District Court, CAUSE NO. 2021-DCL-03959, misleadingly narrated by Homicide Suspect Juan M. Vasquez to his Attorney, Robert Mendoza, to write and author CAUSE NO. 2021-DCL-03959;**

**APPENDIX #11, Exhibit #11,**

**Adolph Hitler Death Camp Statistics**

**APPENDIX #12, Exhibit #12, US War Military Death Statistics**
**2,709,918 AMERICANS SERVED IN VIETNAM; 68.6% died; and, 31.4% are still alive:**
**..When the bodies of dead "Vietnam-Agent-Orange-Heart-Attack-Veterans**
**are counted {According to the Us Department of Defense, more than 2,709,918 Americans served in Vietnam. Only 31.4% of Vietnam Vets are still alive. "Of the 2,709,918 Americans who served in Vietnam , less than 850,000 are estimated to be alive today},**

APPENDIX #13,

Exhibit #13, Cameron County District Court, CAUSE NO. 2021-DCL-03959

Judge Gabriela Garcia, Court address: 974 E Harrison, Brownsville, TX 78520-7123, Judge Gabriela Garcia eMail : Adriana.Munoz@co.cameron.tx.us

APPENDIX #14, Exhibit #14:

.. Thus, in cited Count I {"Count One"} through cited Count VII {"Count Eight"} of this 'Civil Litigation Complaint Document, 'Said' DeBakey Hospital Policeman Conger and USVAMC DeBakey Hospital Policeman Erazos of USVAMC DeBakey Hospital, Houston, Texas, violated "Texas Penal Code § 22.04 – Denial of Medical Care," and violated "18 USC § 242 – Depravation of Rights Under Color of Law," when they wrongfully arrested US Veteran Kenneth MacKenzie, against his will, at USVAMC DeBakey Hospital, Urology Clinic and prevented US Veteran Kenneth MacKenzie, against his will, from obtaining Medical Care for his "USVAMC diagnosed *"Sixty Five Percent (65%) Likely Prostate Cancer"* at USVAMC DeBakey Hospital, Urology Clinic Houston, Texas," on 01 Oct 2019, thereby life-endangering US Veteran Kenneth MacKenzie's life from USVAMC DeBakey Police denied USVAMC DeBakey Hospital Urology Clinic Medical Care to treat his Prostate Cancer with appropriate medications and further diagnose any "Dangerous Life-Threatening 'Metastases development of 'Secondary Malignant Cancer Growths' at a distance from the primary site of MacKenzie's Prostate Cancer 'Abnormal-Ridge-Tumor-Growth' on his Prostate," and further diagnose any "Dangerous Life-Threatening 'Metastases Spread' Of Tumor Size Increase." And DeBakey Policemen Conger and Erazos effectively denied any possibility of timely 'Urology Specialist Doctor Medical care, whatsoever, on 01 October 2019

The 1.} US Veterans Affairs Department, the 2} US Justice Department, the 3} the US State Department , the 4} US Defense Department in their violations of Texas Penal Code Section § 22.04 – Denial of Medical Care – against the members of the US Army PFC Kristian Menchaca Terrorism Crime Victim Family and in their 18 USC Section § 241, violations of 18 USC Section § 242, violations of 18 USC Section § 245, against the Family

**of US Army PFC Kristian Menchaca are treating US Terrorism Crime Victim Families like the Family of US Army PFC Kristian Menchaca as if they are US Title 18, Section § 1961 Crime Racketeering Enterprise Families, like Drug Dealing Motorcycle Gang Families**

**Title 18, U.S.C., Section 241 - Conspiracy Against Rights. This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).**

**Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law. This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.**

**This Title 18, U.S.C., Section 242 law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.**

**See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes**

**Title 18, U.S.C., Section 245 - Federally Protected Activities. See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes ,**

**APPENDIX #15, Exhibit #15:**

**Motioned-Notice of Plaintiff's Disability regarding US Court's creation of unnecessarily burdensome requirement imposed on disabled US Court litigants, restricted by US Court to email notification requirement to US Court Created "PACER" system, which is comparitively complicated for operation as US Court imposed on Disabled Pro Se US Court litigants who are 'officially' diagnosed by Competent US Veterans Affairs Department, USVAMC, as "One Hundred Percent Permanently Disabled." The**

**'NORMAL' world-wide usage of the US Court's standard 'Universal type email address,' sandra_espinoza@txs.uscourts.gov , should be allowed and not unnecessarily obstructed or eliminated by US Court at City of Brownsville, Texas..**

**APPENDIX #15, Exhibit #15:**

US Vietnam Veterans are, wrongfully, in bad faith, not notified by US Veterans Affairs Department: For "TEN" years from 2010 to 2021, US Veterans Affairs Department, wrongfully, in bad faith, did not inform US Veteran Kenneth MacKenzie that his heart was in a condition of "Vietnam-Agent-Orange-Heart-Damage" and, wrongfully, in bad faith, he did not receive US Veterans Affairs Department USVAMC prescribed medication for his Vietnam-Agent-Orange-Heart-Damage until May 2020, a wrongfully, bad faith, created period of TEN years from 2014 to 2020, that MacKenzie's heart condition worsened due to lack of proper heart medication that the US Veterans Affairs Department, wrongfully, in bad faith, withheld from his "Vietnam-Agent-Orange-Heart-Damaged-Heart" while his heart continued to remain, wrongfully, in bad faith, untreated, when his heart should have been receiving medication from 2014 through all TEN years to May 2020 and continuing to the current time of May 2021.

2,709,918 AMERICANS SERVED IN VIETNAM; 68.6% died; and, 31.4% are still alive:

..When the bodies of dead "Vietnam-Agent-Orange-Heart-Attack-Veterans are counted {According to the Us Department of Defense, more than 2,709,918 Americans served in Vietnam. Only 31.4% of Vietnam Vets are still alive. "Of the 2,709,918 Americans who served in Vietnam , less than 850,000 are estimated to be alive today}, said Veterans Affairs strategy appears as if US-Veterans-Affairs- Department is applying what amounts to "Homicidal-Type-Medical-Care-Denials" against US Veterans, who are "Vietnam-Agent-Orange-Heart-Damaged" Victims apparently dying from "Vietnam-Agent-Orange-Heart-Attacks," without any US-Veterans-Affairs- Department publicized forewarning that said US-Agent-Orange-Heart-Veterans are in danger from their "Vietnam-Agent-Orange-Heart-Damage." MORE THAN 2,709,918 AMERICANS SERVED IN VIETNAM, 68.6% died; and, 31.4% are still alive.

https://www.thenational.ae/world/mena/un-team-investigating-isis-crimes-in-iraq-calls-for-nuremberg-style-hearings-1.892291

**US Veterans Affairs Department Body Count Compared to Adolph Hitlers Death Camp Body Counts of WW2**

**¶ 22. The USVA Inspector Generals have cited statistics that the high rate of Denied Medical Treatment at USVAMC Hospitals is responsible for the BODY COUNT OF 980, 000 DEAD US VETERANS, who died from USVAMC denied medical Treatment during the period of 1991 to 2018.**

**¶ 23. Said body count total of 980, 000 US Veterans who died from denied USVAMC Medical Treatment at USVAMC Hospitals from the period of 1991 to 2019 is repeatedly described by US Government Veterans Affairs Department *Inspector Generals* who are US government Officials occupying positions in the US Government Veterans Affairs Department.**

**¶ 24. Said body count total of 980, 000 US Veterans who died from denied Medical Treatment at USVAMC Hospitals from the period of 1991 to 2019 was incrementally cited by the following named US Government Veterans Affairs Department *Inspector Generals in increments during their term of office* :**

**{13} USVA *Inspector General* Michael Missal May 2, 2016*, see description at* https://www.wikiwand.com/en/Office_of_Inspector_General_(United_States)**

**¶ 25. 1. {ONE} The BODY COUNT OF 980, 000 DEAD US VETERANS is such a large number of dead US Veterans {1} who died after being denied timely medical care and {2} who died after being additionally denied "ANY" medical Care, whatsoever, to address life threatening illnesses, like Cancers of Veterans denied medical treatment in the Phoenix, Arizona, Veterans Hospital, which eventually took their lives that this statistic OF 980, 000 DEAD US VETERANS must be heard by US and Fifty State Grand Juries for purposes of considering and issuing Indictments against those responsible for the homicides of the 980, 000 DEAD US VETERANS at said US Government Veterans Affairs Department.**

**¶ 26. 2. {TWO} Said 980,000 Dead US Veteran Bodies are 60,000 more Dead US Veterans Bodies mathematically compared to Hitler's Auschwitz Death Camp Murders of 920,000 Europeans and Jews.**

**¶ 27. . . .Said 980,000 Dead US Veteran Bodies can be described in metaphor as dead US Veterans stretching from Washington, DC, to Los Angeles, California Beach, then stretching for miles into the Pacific Ocean.**

**¶ 28. 3. {THREE} These 980,000 dead US Veterans denied timely medical treatment since 1991 in the US Veterans Affairs Department exceed all Adolf Hitler's Auschwitz Death Camp murdered 920,000 Europeans and Jews, and exceed all the US Combat Military deaths of:**

**{1} US WW1 Combat dead: 40,000 dead US Troops**

**{2} US WW2 Combat dead: 280,000 dead US Troops**

**{3} US Korea Combat dead: 33,686 dead US Troops**

**{4} US Vietnam Combat dead: 58,000 dead US Troops**

**{5} US Civil War Union Army dead: 360,222 dead US Troops**

**31.}.... . It is known by US Law Enforcement Agencies that al-Queda Terrorists are major Illicit Drug Suppliers to the United States Drug Culture; and, al Queda uses it profits from US Drug sales to purchase weapons and operate Terrorism, worldwide, including 'Large Scale Terrorism Drug Operations' inside Mexico and United States to finance al Queda Terrorism. In fact, when President Trump publicly commented that he was prepared to order US Forces to destroy Terrorism Headquarter locations in Mexico, Trump commented that the 'Terrorists from Mexico' (presumably Trump was speaking of al Queda Terrorists) inside the United States murdered "more than one hundred thousand US American residents" in United States cities every year.**

**32.}.... . ¶ 1. Thus, in 10 years, 2010 – 2020, of murdering US HOMELAND Residents, the al Queda Terrorists from Mexico and Iran and Syria and Libya and Middle East murder more than One Million US Residents {1,000,000 al Queda Terrorist murdered Americans} each 10 year decade from 2001 to 2020, For 2 decades the total is 2 Million Al Queda murdered HOMELAND Americans, inside the USA.**

**¶ 2. 1st Million Murders - Al Queda Murdered HOMELAND USA Americans: Decade 2011 - 2020: One Million body count of al Queda murdered Americans exceeds the 720,000 body count of all US Soldiers killed in Combat of all the wars in US History since the US Civil War.**

**¶ 3. 2nd Million Murders - Al Queda Murdered HOMELAND USA Americans: Decade 2001 to 2010. The 2nd Al Queda Million Murders Body Count) Al Queda Murdered HOMELAND Americans: 2001 – 2010.**

**This One Million HOMELAND body count of al Queda murdered Americans exceeds the 720,000 body count of all US Soldiers killed in Combat of "all the wars in US History" since the US Civil War.**

**¶ 3. 720,000 is the Total Combat Deaths of All US Wars:**

**The 720,000 body count of all US Soldiers killed in Combat of "all the wars in US History" is 280,000 fewer than the one million al Queda murdered Americans who are terrorist murdered every ten year decade in the United States.**

**33.} . This astounding truth, first cited by President Trump, reveals that al Queda is successfully waging 'al Queda Asymmetric War,' without 'conventional military Artillary, Tank, Missile combat,' inside the United States by al Queda, a Terrorism Drug Army, successfully murdering one Million Americans every ten years and, in the process, al Queda influencing more than one million square miles of United States territory by al Queda means that in terms of "al Queda Asymetric Warfare," al Queda has "DEFEATED THE UNITED STATES 'Asymmetrically' in "Asymmetric Warfare" against the United States, successfully murdering One Hundred Thousand Americans every year, whereby al Queda "INFLUENCES" approximately Two Thirds of the Urban City areas of the USA with al Queda Drug-Money Hired Foreign Mercenary Drug Armies comprised of al Queda Immigrant non-US Citizens, who are equipped by al Queda with firearms to threaten and murder US Citizens, who, according to US President Donald Trump, are al Queda murdered at the rate of 100,000 US Citizens destroyed by al Queda per year, on**

**average, which totals One Million al Queda operated Murders of US Citizens by al Queda in ten years.**

**In essence, the US Department of Veterans Affairs has killed more US Veterans numbering more than One Million at USVA Department Medical Centers than Adolph Hitler murdered 920,000 Jews in Auschwitz Death Camp, WW2.**

Auschwitz-Birkenau, Poland ; Belzec, Poland ; Bergen-Belsen, Germany;
Buchenwald, Germany; Chelmno, Poland ; Dachau, Germany; Majdanek, Poland; Sobibor, Poland; Treblinka, Poland
18 USC § 2332A

**https://www.thenational.ae/world/mena/un-team-investigating-isis-crimes-in-iraq-calls-for-nuremberg-style-hearings-1.892291**

**¶ 28. 3. {THREE} These 980,000 dead US Veterans denied timely medical treatment since 1991 in the US Veterans Affairs Department exceed all Adolf Hitler's Auschwitz Death Camp murdered 920,000 Europeans and Jews, and exceed all the US Combat Military deaths of:**

**{1} US WW1 Combat dead: 40,000 dead US Troops**

**{2} US WW2 Combat dead: 280,000 dead US Troops**

**{3} US Korea Combat dead: 33,686 dead US Troops**

**{4} US Vietnam Combat dead: 58,000 dead US Troops**

**{5} US Civil War Union Army dead: 360,222 dead US Troops**

**{6} Total of Combat Dead US Military for all US Wars is 701, 908 dead US Soldiers**
**{7} Total of 980,000 dead US Veterans denied timely medical treatment since 1991 in the US Veterans Affairs Department exceed all of 701, 908 US Military Combat Dead for all US Wars.**
**{8} Total of 980,000 dead US Veterans denied timely medical treatment since 1991 in the US Veterans Affairs Department exceed President Trump's concern for 350,000 US**

**Veterans who died from denied Medical Treatment Care since 2005. President Trump's cited 350,000 US Veterans who died from denied Medical Treatment Care since 2005 does not count the bodies of dead Veterans who died since 1991 from delayed and denied medical treatment care at USVAMC hospitals across the United States.**

**Each State must take State Grand Jury Action to "observe, hear, and decide" what action will be taken to address continued US VA Medical Hospital Centers' wrongful Homicidal Conditions in US VA Medical Centers that continue to exceed said "Mass Murder Statistics" in each of Adolph Hitler's Auschwitz Death Camps of World War 2 – Saxenhausen, Treblinka, Sobibor, must be addressed by Grand Juries.**

**US VA Medical Center Homicide Conditions that continue to exceed "Death-Statistics" in Adolph Hitler's Auschwitz Death Camps must be exhaustively and ethically addressed by Grand Juries to an exacting mathematical degree. The math of the US VA Medical Centers that continue to exceed "Mass Murder Statistics" in each of Adolph Hitler's Auschwitz Death Camps of World War 2 must be exhaustively examined until no stone is left unturned.**

**Us Veterans Affairs Secretary Erik Shinseki's Recognition That Agent Orange Did Cause Heart Damage of Us Vietnam Veterans:**

**Only during 2010 did US Veterans Affairs Secretary Erik Shinseki honestly and officially recognize the Damage inflicted on US Veterans Health by exposure to Agent Orange.** This **recognition that Agent Orange did cause Heart Damage of US Vietnam Veterans** enraged many Congressmen and Politicians who did not want the US government to pay the bills for **US Veterans** Health damaged by exposure to Agent Orange in Vietnam.

Many US Congressmen publicly denounced that US Veterans would collect 'Damage Compensation' for their Agent Orange damaged Hearts and Agent Orange Diseases. The Agent Orange Manufacturers also maintained negative life-destroying silence ignoring US Veterans, operating as indifference to Agent Orange Chemical Poisoning in Vietnam that has caused the deaths of nearly Two Million US Veterans of Vietnam.

**US Veterans Affairs Department Operation of this silence has produced a standing tactic of ignoring of Agent Orange Heart Damage in the US Veterans Affairs Department that has resulted in the Veterans Affairs Department** also **ignoring Agent Orange Heart Damaged**

**Veterans** and not providing **Agent Orange Heart Damaged Veterans** timely Medical Care at USVA Medical Centers, **which has contributed to the untimely Agent Orange Deaths of nearly Two Million Agent Orange Heart Damaged Veterans of Vietnam,** this **situation** compares in larger numbers of total **US Veterans' Deaths exceeding the horrific Death Count of Europeans and Jews 'murdered' in 'Adolph-Hitler's-Auschwitz-Type-Death-Camps-of-WW2.'**

**Statistics" in each of Adolph Hitler's Auschwitz Death Camps of World War 2 – Saxenhausen, Treblinka, Sobibor, must be addressed by United States Grand Juries. .. Said denial by US Veterans Affairs Department of 'timely medical Care to treat Agent Orange Chemical Poisoning of US Vietnam Veterans' has produced a death count of more US Veterans than Jews and Europeans murdered in 'Adolph-Hitler's-Auschwitz- Type-Death-Camps-of-WW2.'**

**List of Nazi extermination camps and euthanasia centers**

**https://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_centershttps://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_centers**

**During the Final Solution of the Holocaust, Nazi Germany created six extermination camps to carry out the systematic genocide of the Jews in German-occupied Europe. All the camps were located in General Government area of German-occupied Poland with the exception of Chelmno which was located in the Reichsgau Wartheland of German-occupied Poland.**

**Chelmno (December 1941 – July 1944). Located near Chełmno nad Nerem (German: *Kulmhof*), 48 km (30 mi) northwest of the city of Łódź.[2]**

**Belzec (March 1942 – June 1943). Located near the village of Bełżec, approximately 114 km (71 mi) southeast of Lublin.[a][3]**

Sobibor (May 1942 – November 1943). Located near the village of Sobibór, approximately 80 km (50 mi) east of Lublin.[4]

Treblinka (July 1942 – September 1943). Located near the village of Treblinka, approximately 80 kilometres (50 miles) northeast of Warsaw.[b][5]

Majdanek (October 1942 – July 1944). Located just outside the city of Lublin.[c][d][6]

Auschwitz-Birkenau (February 1942 – November 1944). Located near the village of Oświęcim (German: *Auschwitz*), 50 kilometres (31 mi) west of Kraków.[e][7]

https://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_centers

Euthanasia extermination centers[edit]

---

In the period leading to the Final Solution, Nazi Germany created eight major euthanasia extermination centers to carry out the systematic genocide of the disabled.[8] Scholars have established a fundamental connection between the motivation, the practical experience and psychological preparation, and the technology used in the Nazi euthanasia centers as part of Aktion T4 and Action 14f13 and the extermination camps used in the Holocaust.[9][10][11][12] The dates of operation are for the period the facility operated as a euthanasia killing center.

Germany:

Bernburg. Located in Saxony near Magdeburg.[f]

Brandenburg. Located near Berlin.
https://en.wikipedia.org/wiki/Bernburg_Euthanasia_Centre A total of 9,384 sick and handicapped people from 33 welfare institutions and nursing homes as well as around 5,000 prisoners from six concentration camps were killed here in a gas chamber using carbon monoxide gas.

Grafeneck. Located in Gomadingen near Stuttgart.

**Hadamar. Located in Hessen near Frankfurt.[g]**

**Sonnenstein. Located in Saxony near Dresden.**

**Austria:**

**Am Spiegelgrund. Located in Vienna.**

**Gugging. Located just outside Vienna.**

**Hartheim. Located near Linz.**

**https://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_cen**

30 Sep 2021

K MacKenzie